O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-3877 AHM (Ex) | Date | June 19, 2009 |
|---|---|---|---|
| Title | JOSEPH RINALDI v. PIONEER CREDIT RECOVERY | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:  Attorneys **NOT** Present for Defendants:

**Proceedings:**    IN CHAMBERS (No Proceedings Held)

On May 13, 2009, Plaintiff filed this action in Los Angeles County Superior Court, Small Claims Division, alleging entitlement to relief under "consumer protection statutes." On May 23, 2009, Defendant removed this action to this Court based on federal question jurisdiction.

A federal court must determine its own jurisdiction even if there is no objection to it. *Rains v. Criterion Systems, Inc.*, 80 F.3d 339, 343-44 (9th Cir. 1996). The removal statute is "strictly construe[d] . . . against removal jurisdiction," and the removing party "always has the burden of establishing that removal was proper." *Gaus v. Miles, Inc.*, 980 F.2d 564, 566 (9th Cir. 1992). "Federal jurisdiction must be rejected if there is any doubt as to the right of removal in the first instance." *Id.*

Plaintiff's small claims court complaint does not state that the "consumer protection statutes" under which his claim arises are state or federal statutes. The Court *sua sponte* remands this action to the Los Angeles County Superior Court, Small Claims Division for lack of federal subject matter jurisdiction.

|  | : |
|---|---|
| Initials of Preparer | SMO |

**JS-6**